### Barger v. Barger.

### Same v. Same.

(Decided December 13, 1912.)

### Appeals from Clay Circuit Court.

Divorce and Alimony—Action by Wife—Death of Husband After Submission—Dismissal of Appeal.—The husband having died after submission of an appeal by the wife from a judgment refusing her a divorce or alimony, only a moot question being presented, the appeal will be dismissed on motion of his representative at his cost.

A. D. HALL for appellant.

O'REAR & WILLIAMS for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON— Dismissing appeals.

These appeals were submitted September 27. Since then appellee, A. J. Barger, has died. A motion is now entered to dismiss the appeals to which appellant, Elizabeth Barger, objects. The rule is that the judgment relates to the date of submission and that the death of either party after submission is not material. But this is an action by the wife for divorce and alimony. The defendant having died only a moot question is now presented. The widow is entitled to the rights in the estate of her deceased husband which the statute confers on her if she renounces his will, which she may do as provided by law. The cost of the appeals must be paid out of the husband's estate, as she has no means of her own.

Appeals dismissed at the cost of appellee.